**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Chasity Watkins

                  Plaintiff,

v.                                                               Case No.: 1:18−cv−01297
                                                                Honorable Thomas M. Durkin

VHS West Suburban Medical Center, Inc., et al.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 28, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:United States' motion to dismiss for failure to exhaust administrative remedies [4] is granted without prejudice. Motion hearing held on 2/28/2018. Mandatory disclosures are stayed. Discovery is stayed pending the next status hearing. The United States of America terminated. Status hearing set for 6/12/2018 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.