# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Chasity Watkins

                    Plaintiff,

v.                                     Case No.: 1:18−cv−01297
                                                      Honorable Thomas M. Durkin

VHS West Suburban Medical Center, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 25, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for leave to file a third amended complaint [12] is granted. Defendant has 28 days to answer or otherwise plead. The 6/12/2018 status date is vacated and reset for 7/6/2018 at 09:00 AM.No appearance is required on 5/30/2018. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.