# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Chasity Watkins

                    Plaintiff,

v.
                              Case No.: 1:18−cv−01297
                              Honorable Thomas M. Durkin

VHS West Suburban Medical Center, Inc., et al.

                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 13, 2018:

      MINUTE entry before the Honorable Thomas M. Durkin:Status hearing held on 8/13/2018. Discovery ordered closed by 1/31/2019. Status hearing set for 11/13/2018 at 09:00 AM. Plaintiff is granted leave to file a supplement to the medical certification affidavit. Mandatory initial disclosures are waived. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **_www.ilnd.uscourts.gov_**.